| 349P15 | Timothy W. Holliday, Employee v. Tropical Nut & Fruit Co., Employer; Farmington Casualty Co., Carrier | Defs' PDR Under N.C.G.S. § 7A-31 (COA14-1030) | Denied |
|---|---|---|---|
| 350P15 | State v. Jimmy Scott Sisk | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA | Denied **Ervin, J., recused** |
| 352P15 | State v. Aswad Malik Jones | Def's PDR Under N.C.G.S. § 7A-31 (COA15-173) | Denied |
| 354P15 | *State v.* Christopher Mosby | Def's *Pro Se* Motion for Notice of Appeal for Discretionary Review (COAP15-597) | Dismissed |
| 357P15 | State v. James David Nanney | Def's *Pro Se* Motion for Notice of Appeal (COA15-476) | Dismissed *ex mero motu* |
| 358P15 | State v. Shawn Louis Goodman | Def's *Pro Se* Motion for PDR (COAP14-917) | Dismissed |
| 361P15 | Ardeal Roseboro v. John Roseboro, The Roseboro Law Firm, Womble Carlyle Sandridge & Rice, City of Winston-Salem, Winston-Salem Police Department, Barry D. Roundtree, and M.L. Bowens | Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COAP15-704) | Denied |
| 363A15 | Steven Craig Herndon v. Alison Kingrey Herndon | Plt's Motion for Additions to Record on Appeal | Allowed **11/30/2015** |
| 367P15 | State v. Christopher John Horton | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA12-366)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied<br><br>2. Allowed<br><br>**Ervin, J., recused** |